UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 6:02-cr-142-Orl-19KRS

ARTHUR LEE MCDOUGALD,

    Defendant.

## **ORDER**

This case is before the Court on the following matters:

1.    Defendant's Motion for Leave to File (Doc. No. 88, filed October 25, 2005) is **DENIED** as moot in light of the second amended section 2255 motion (Doc. No. 94) filed by Defendant.

2.    Defendant's section 2255 motion (Doc. No. 89, filed October 25, 2005) is **DENIED** as moot in light of the second amended section 2255 motion (Doc. No. 94) filed by Defendant.

3.    Defendant's amended section 2255 motion (Doc. No. 90, filed November 14, 2005) is **DENIED** as moot in light of the second amended section 2255 motion (Doc. No. 94) filed by Defendant.

4.    Defendant's Motion to Expedite Proceedings (Doc. No. 93, filed December 5, 2005) is **DENIED** as moot since the Court has directed the Government to file a response

to the second amended 2255 motion in the pending civil case, 6:05-cv-1603-Orl-19KRS.

5. The Clerk of the Court is directed to file any further pleadings related to Defendant's second amended section 2255 motion in the pending civil case, 6:05-cv-1603-Orl-19KRS.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _11th____ day of December, 2005.

                                                             _____
                                                             PATRICIA C. FAWSETT, CHIEF JUDGE
                                                             UNITED STATES DISTRICT COURT

Copies to:
pslc 12/11
Arthur Lee McDougald
Counsel of Record