UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:02-cr-142-Orl-19KRS**

**ARTHUR LEE MCDOUGALD**

        **Defendants.**
_____

# ORDER

This case was remanded to the Court on Order of the United States Court of Appeals for the Eleventh Circuit to determine if Defendant's untimely notice of appeal (Doc. No. 83, deemed filed on August 24, 2005), filed more than ten days after the District Court Order from which the appeal was taken (Doc. No. 78, filed on July 19, 2005), can be accepted as valid and construed as a motion for extension of time to appeal because of excusable neglect or good cause pursuant to Federal Rule of Appellate Procedure (4)(b)(4). (Doc. No. 92, filed on November 29, 2005).

Under Federal Rule of Appellate Procedure 4(b)(1), a defendant's notice of appeal must be filed in the District Court within 10 days after the later of the entry of either the judgment or the order being appealed or the timely filing of the government's notice of appeal. FED. R. APP. P. 4(b)(1). However, Rule 4(b)(4) provides:

> Upon a finding of excusable neglect or good cause, the district court may–before or after the time has expired, with or without motion and notice–extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b).

FED. R. APP. P. 4(b)(4).

Therefore, **within twenty (20) days** from the date of this Order, Defendant Arthur McDougald shall file with the Court in writing his statement, including legal citations, showing excusable neglect or good cause for failure to file his notice of appeal within ten days after the entry of the Order appealed. Defendant shall show good cause sufficient to allow the Court to extend the time for filing of Defendant's notice of appeal. Failure to comply with this Order and to show good cause will result in a finding, without further notice, of no excusable neglect or good cause. The Government shall have **ten (10) days** after service of Defendant's statement to file its response.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December _13,_____ 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Unrepresented Party
Counsel of Record